# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5269** **September Term, 2026**

**1:25-cv-02009-RDM**

**Filed On: November 12, 2026** **[2203064]**

John Michael Cohan,

Appellant

v.

Scott Bomkamp, Unites States Trustee; in his Individual Capacity and John And Jane Does 1-100,

Appellees

**O R D E R**

Upon consideration of appellant's motion for extension of time to file a response to the motion for summary affirmance, it is

**ORDERED** that the motion for extension of time be granted. Appellant's response is now due December 11, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk